UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

**Official Committee of Unsecured Creditors,**

          **Appellant,**

    **vs.**                **6:07-CV-1185**

**Syroco, Inc.,**

          **Respondent.**

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

APPEARANCES:
Pillsbury Winthrop Shaw Pittman, LLP
Patrick J. Potter, Esq., of counsel
Jerry Hall, Esq., of counsel
2300 N Street, N.W.
Washington, D.C. 20037
Attorneys for Appellant

Bond, Schoeneck & King, PLLC
Charles J. Sullivan, Esq., of counsel
Stephen A. Donato, Esq., of counsel
One Lincoln Center
Syracuse, New York  13202

**Hon. Norman A. Mordue, Chief U.S. District Judge:**

**MEMORANDUM-DECISION AND ORDER**

  Appellant moves (Dkt. No. 6) to dismiss its appeal from the "Supplemental Order Authorizing Debtor to Pay Pre-petition Claims of Certain Critical Service Providers," issued on August 15, 2007 by United States Bankruptcy Court for the District of Puerto Rico (Dkt. No. 1, Attachment 3).[1]  In so moving, appellant relies on Bankruptcy Court orders evidencing the parties' agreement that appellant will dismiss the appeal and Westernbank Puerto Rico will fund a carve-out to pay professional fees in the underlying bankruptcy case in the sum of $700,000 and

---

[1] On September 14, 2007, the case was transferred to the Bankruptcy Court, Northern District of New York, where it was assigned case number 07-32419.

general unsecured creditors in the sum of $330,000.

Having received notification of appellee's consent (Dkt. No. 7) to the relief requested by appellant, the Court grants the motion and dismisses the appeal.

It is therefore

ORDERED that appellant's motion (Dkt. No. 6) to dismiss the appeal is granted.

IT IS SO ORDERED.

January 15, 2008
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge