# United State District Court
# Northern District of New York
# Civil Judgment

*Official Committee of Unsecured*
*Creditors,*

       *Appellant,*

*v.*             *6:07cv1185 (NAM)*
*Syroco, Inc.,*

       *Respondent.*

 [**X**] **Decision by Court.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

 **IT IS ORDERED AND ADJUDGED,** the appellant moved to dismiss its appeal from the Supplemental Order Authorizing Debtor to Pay Pre-petition Claims of Certain Critical Service Providers, by the United States Bankruptcy Court for the District of Puerto Rico. In moving, appellant relies on Bankruptcy Court orders evidencing the parties' agreement that appellant will dismiss the appeal and Westernbank Puerto Rico will fund a carve-out to pay processional fees in the underlying bankruptcy case in the sum of $700,000.00, and general unsecured creditors in the sum of $330,000.00. Having received notification of the appellee's consent, to the relief by appellant, the Court grants the motion and dismisses the appeal.

 All of the above pursuant to an Order of the Chief United States District Court Judge, Norman A. Mordue, dated January 15, 2008.

**Dated: January 22, 2008**   **Lawrence K. Baerman, Clerk**


                **s/**

         **Marie N. Marra, Deputy Clerk**